**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANNA CONNOLLY** **PLAINTIFF**

**v.** **Case No. 4:26-cv-00847-KGB**

**HECTOR LASALLE, *et al.*** **DEFENDANTS**

**<u>JUDGMENT</u>**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Anna Connolly's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

It is so adjudged this 19th day of August, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge